Case No. 23-55662

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

COSTAR GROUP, INC.,
COSTAR REALTY INFORMATION, INC.,
*Plaintiffs-Counter-Defendants-Appellees*,

v.

COMMERCIAL REAL ESTATE EXCHANGE, INC.,
*Defendant-Counter-Claimant-Appellant*.

On Appeal from Order of the United States District Court
for the Central District of California, Case No. 2:20-cv-08819-CBM-AS
(Hon. Consuelo B. Marshall, Senior District Judge)

## APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Melissa Arbus Sherry
  *Counsel of Record*
Nicholas J. Boyle
Christine C. Smith
Jeremy L. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Plaintiffs-Counter-Defendants-Appellees
CoStar Group, Inc. and CoStar Realty Information, Inc.*

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2, Appellees CoStar Group, Inc. and CoStar Realty Information, Inc. (together, "CoStar") respectfully move for an extension of 30 days to file a petition for panel rehearing and/or rehearing en banc. This Court issued its decision on June 23, 2025, and any rehearing petition is currently due on July 7, 2025. This motion, if granted, would extend the time for filing the petition to August 6, 2025.

There is good cause to extend the deadline for filing a petition for panel rehearing and/or rehearing en banc beyond the 14 days allotted by Federal Rule of Appellate Procedure 40(d)(1). This case presents important issues of antitrust law, and CoStar requires additional time to ensure those issues are adequately presented for this Court's review. As set forth in the accompanying declaration, Counsel of Record, Melissa Arbus Sherry, has several preexisting deadlines and obligations over the coming weeks, including: a prescheduled holiday vacation from June 28-July 6; a reply brief due on June 30 in *Hyatt Hotels Corp. v. Commissioner of Internal Revenue* (7th Cir.); and an oral argument on August 20 in *California Crane School, Inc. v. Google LLC, et al.* (9th Cir.). An extension is needed to allow sufficient time to evaluate the grounds for a petition, to prepare any petition, and for client review.

CoStar and its counsel have exercised diligence in this matter and will file any petition for panel rehearing and/or rehearing en banc within the time requested.

1

CoStar has not made a previous request for an extension of time within which to file a petition for panel rehearing and/or rehearing en banc, and an extension would not materially prejudice any other party.

Counsel for CoStar has conferred with counsel for the Appellant about this motion. Appellant takes no position on this motion for an extension.

Dated: June 24, 2025

Respectfully submitted,

*s/ Melissa Arbus Sherry*

Elyse M. Greenwald
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Melissa Arbus Sherry
  *Counsel of Record*
Nicholas J. Boyle
Christine C. Smith
Jeremy L. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Plaintiffs-Counter-Defendants-Appellees
CoStar Group, Inc. and CoStar Realty Information, Inc.*

# DECLARATION OF MELISSA ARBUS SHERRY

I, Melissa Arbus Sherry, declare and state as follows:

1.I am a member of the bar of the District of Columbia and of this Court. I am a partner of the law firm of Latham & Watkins LLP, and represent Appellees CoStar in the above-captioned matter.

2.On June 23, 2025, the panel issued its decision reversing the district court's order and remanding for further proceedings.

3.Under Federal Rule of Appellate Procedure 40(d)(1), a petition for panel rehearing and/or rehearing en banc is due on July 7, 2025.

4.CoStar requests a 30-day extension of time in which to file a petition for panel rehearing and/or rehearing en banc, up to and including August 6, 2025.

5.There is good cause to extend the deadline for filing a petition for panel rehearing and/or rehearing en banc beyond the 14 days allotted by Federal Rule of Appellate Procedure 40(d)(1). This case presents important issues of antitrust law, and CoStar requires additional time to ensure those issues are adequately presented for this Court's further review.

6.Additionally, as CoStar's Counsel of Record, I have several preexisting deadlines and obligations over the coming weeks, including: a prescheduled holiday vacation from June 28-July 6; a reply brief due on June 30 in *Hyatt Hotels Corp. v. Commissioner of Internal Revenue* (7th Cir.); and an oral argument on August 20 in

*California Crane School, Inc. v. Google LLC, et al.* (9th Cir.). An extension is needed to evaluate the grounds for a petition, and to allow sufficient time for the preparation of any petition and for client review.

7. CoStar and its counsel have exercised diligence and will file the petition for panel rehearing and/or rehearing en banc within the time requested.

8. An extension would not materially prejudice any other party.

9. Counsel for Appellant was notified of this motion on June 24, 2025. On the same day, they responded that they take no position on the motion.

10. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of June, 2025, in Washington, D.C.

*s/ Melissa Arbus Sherry*
Melissa Arbus Sherry